## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO.  6:05-CV-00743 (LEK)

RESERVE CAPITAL CORPORATION;
HAWKINS DEVELOPMENT LLC; JAMES
W. HAWKINS; LORI JO HAWKINS;
HAWKINS FAMILY LLC; HAWKINS
MANUFACTURED HOUSING, INC.;
FOREST VIEW, INC.; WOODED
ESTATES, LLC; and TIOGA PARK, LLC,

    Appellants,

 -against-

PAUL A. LEVINE, *Chapter 11 Trustee*;
SOUTHERN TIER ACQUISITION, LLC;
ASOLARE II, LLC; BSB BANK & TRUST
CO.; and UNITED STATES TRUSTEE,

    Appellees.

____ JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__ DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED in its ENTIRETY and the matter is remanded to bankruptcy court for further consideration, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated January 30, 2007.

DATE:   January 30, 2007

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**